Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

_____ Division

|  |  |
|---|---|
| Damon Tivel ONeil 12744-030 | Case No. 1:20-CV-0085 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | FILED SCRANTON |
| Warden D.K White | JAN 1 6 2020 |
| Associate Warden J. Gubbiotti | |
| Unit Manager - Curtis Rothermel | |
| Case Manager - Zachery ALBright | PER _____ |
| See Attachment *Defendant(s)* | DEPUTY CLERK |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                         Damon Tivel O'Neil 12744-030

All other names by which     Damon Tivel O'Neal
you have been known:

ID Number                    12744-030

Current Institution          L.S.C.I Allenwood Low Federal

Address                      Prison  P.O. BOX 1000

                             Whitedeer        pA        17887
                             City            State      Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                         D.K White
Job or Title *(if known)*    Warden
Shield Number
Employer                     L.S,C.I Allenwood Low
Address                      P.O. BOX 1500

                             White Deer       pA        17887
                             City            State      Zip Code

                             [ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name                         J. Gabbiotti
Job or Title *(if known)*    ASSOCiate Warden
Shield Number
Employer                     L.S.C.I Allen wool Low
Address                      P.O. BOX 1500

                             white Deer       pA        17887
                             City            State      Zip Code

                             [ ] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                  Curtis Rothermel
    Job or Title *(if known)*  Unit Team Manager
    Shield Number
    Employer           L.S.C.I Allenwood Low
    Address             P.O. Box 1500
                      White Deer   PA   17887
                      *City*       *State*    *Zip Code*
    ☐ Individual capacity   ☑ Official capacity

Defendant No. 4
    Name                  Zachery Albright
    Job or Title *(if known)*  Case Manager
    Shield Number
    Employer           L.S.C.I Allenwood Low
    Address             P.O. Box 1500
                      White Deer   PA   17887
                      *City*       *State*    *Zip Code*
    ☐ Individual capacity   ☑ Official capacity   See Attachments

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Retaliation the 1st Amendment
Discrimination the 1st Amendment
also the 8th Amendment and Legal paper tampering 1st Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 1st Amendment, 8th Amendment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*See Attachment*

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐  Pretrial detainee
- ☐  Civilly committed detainee
- ☐  Immigration detainee
- ☐  Convicted and sentenced state prisoner
- ☑  Convicted and sentenced federal prisoner
- ☐  Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See Attachments*

C.   What date and approximate time did the events giving rise to your claim(s) occur? FRom
11-07-19 to 12-27-19 and "So on",
FRom 9:30 Am to "So on" Continuous Action

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?)*
I became Very Sick and Ill, Severed extremays of
Anal and Anus pain, Suffer stress and emotional pain
Because of the Spoil Beef Several Inmates have been
Contracting food poisoning and Also the entire midwest
Inmates have been Retaliated against and Descrimate Against
My cellmates, my Co-workers, the Doctor, my Supervisor all Saw that I
was Sick

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.
I Sustained Discomfort In My Anas/Anal, pain In My
abdominal, and headaches, and ARMs because of the
Needle from the I.V Being launched Into my Veins In My
ARM Also loss pay Wages Because I had to miss Work for a
Couple of Days I asked for Transfer and I also Asked that
The food Beef and chicken Be changed every Week

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims. I would like for the Courts to order
for the Retaliation to Stop to follow B.O.P policy pertaining to Lesser Security
Transfer to either Make all Inmates Do gate pass Including Low
Inmates or transfer all minimum Security Inmates to Camps who
don't Belong In low and to Make Sure all the Mid west Inmate's
get close to fame also I would like $100 dollars for every day

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *U.S.C. I Allenwood Low*

*federal prison*

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? *Retaliation, Discrimination, food poisoning Transfers, Gate pass program*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? at Allenwood Law Facility Federal Prison and Also to the Northeast Regional office U.S Department of Justice for philadelphia, PA

2.    What did you claim in your grievance? Transfer, Retalition, Discruminator food poisoning

3.    What was the result, if any? Denied and Refused to Answer

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* I Filed Bp8 and Bp9's But the 10's and 11's Do not leave the prison and the Bp8's all gets Denied plus the Staff Including the Appeal staff works together Against Inmates so even when we file they get Denied

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: Tampering with grivances process and denying without getting Reviewed and Delaying the grivances process

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Informed the Warden D.K White, the AW J. Guzcotti, the Attorney General, the Records Office and the food Supervisor and the Unit Team Manager Threw Request form and Grivance process Denied

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Inmates get Retaliated Against for filing prison grivances and nothing happen to them

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* See exhibits

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _Damon Tivel ONeil 12744-030_

   Defendant(s) _Warden D. Hudson, et al,_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _In the United States District court for the Northern District of Illinois Western Division_

3. Docket or index number

   _CASE NO 17 C 50293_

4. Name of Judge assigned to your case

   _Philip G. Reinhard_

5. Approximate date of filing lawsuit

   _Same time In 2017_

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. _2019_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _Was Dismissed_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? _yes_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Damon Twel Oneal

Defendant(s)   Muscatine County Jail

2.   Court *(if federal court, name the district; if state court, name the county and State)*

Muscatine County In Muscatine, Iowa

3.   Docket or index number

forgot It

4.   Name of Judge assigned to your case

Judge Robert Pratt

5.   Approximate date of filing lawsuit

2011

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition   2012

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Case was Dismissed

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff      *Damon Tirel O'neil*

Printed Name of Plaintiff   *Damon Tirel O'Neil*

Prison Identification #     *12744 030*

Prison Address             *L.S.C.I Allenwood Low   P.O.Box 1000*

*White Deer*                    *PA*        *17887*

                      *City*          *State*       *Zip Code*

**B.**    **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                      *City*          *State*       *Zip Code*

Telephone Number

E-mail Address

Continous    page 1 of 11

Damon Tivel O'Neil 12744-030
          plaintiff

        - V -

Food Administraten A. Canales
Records office officer DON Wasilko Correctional System Supervisor
Records office officer J. REIgLE (CSO)
Medical Provider STEWART Ackerman

Attachment (Con't) page 3 of 11

Defendant 5
 A. Canales
Focal administrator

L.S.C.I Allenwood Low
P.O. BOX 1500
White Deer, pA 17887
Defendant 6
Records office officer.
DON WesilKO

L.S.C.I Allenwood Low
P.O. BOX 1500
White Deer, pA 17887
Defendant 7
 J. ReIgle
Records officer

LS.C.I Allenwood Low
P.O. BOX 1500
White Deer, pA 17887
Defendant 8
STewart Ackerman
medical provider

L.S.C.I Allenwood Low
P.O. BOX 1500
White Deer, pA 17887

page 4 of 11 ① Retaliation                              Attachment

ON 11-07-19 I was Eligible to Be transferred to a minimum
Security prison Based on my Custody level of (minimum Security and
Being a (out Custody Inmate) I asked Unit Team Manager C. Rothemel
To put me In for a Transfer which would Be a Lesser Security 307 transfer
Based on BOP policy MR. C Rothemel Refused to put me In for Transfer
and Refused to Change my Custody classification Due to Custody Classification
changing on 11-07-19. Here at Allenwood their are chains of
Commandment you Must go threw Before filing Prison grievance
which Complain to (A.W) Assistance Warden who Is J. Gubbiotti
once I Spoke with MR. J. Gubbiotti about the Unprofessionism
of MR. C. Rothemel MR. J. Gubbiotti Spoke with Mr. Rothemel
and Told Him to fix my points which Before 11-07-19 my Custody
points Was (14 points) (Low Security) (IN Custody) after Speaking
with MR. J. Gubbiotti, MR. Rothemel Decided to change my
points But Instead of Calculating the points Right. MR. Rothemel
Tampered with the Custody points and Changed the points to 12
points low Security and In custody which Was In Correct. the
point change for Custody classification should be 10 points minimum
Security and out custody. once I asked Mr. Rothemel why He's
playing with my points and Refusing My Transfer for lesser Security
Transfer Because my Mom and Grand mother Is dieing and
MR. Rothemel knew So MR. Rothemel Suggest I do a Sexual
favor and then He will fix my points He also stated, that He's
Retaliating Against me Cause I went over His Head and Spoke
with his Supervisor. So He's not doing anything Cause It's nothing
they Can do to Him Cause He's leaving So I Spoke with the A.W
J. Gubbiotti about MR. Rothemel Actions, I Never Mention the
Sexual favor Because I was Already Being Retaliated against and
plus Staff at Allenwood all works together But I did Mention
to A.W Gubbiotti about Him Refusing to do my Custody classification
points Correctly. I did Report the Sexual favor to the Attorney
General office But didn't get Any Respond Back. once Mr. Rothemel
Spoke with A.W Gubbiotti Again He changed my Custody classification
points to 11 points Instead of 10 points But Mr. Rothemel changed
To 11points Mimimum Security and In Custody which

page 4 of 11 (1) Retalicion

the Custody points suppose to Be 10 points Minimum Securedy and out Custody 11 points makes me eligible for Minimum Securedy prison and also place my life In Jeopardy by Being around Higher Security Inmates once I explained to the S.W Gabbriotti about the Transfer He decided to Continue to Agree with his staff and allow the Retalicion to Continue I also explained My Sutation with the Warden D.K white which also Agreed with Both staff Members that Mr. Rathewel Can Continue to Retaliate Against any Inmate who files Prison gewances Against Him or any staff Member. which Violates me first Amendment Rights of freedom of Speech and the Rights to have Access to the Courts the Rights to file prison Grewances Is the Rights to prisoner's, prisoner shall not be punish for Accessing the Courts.

2. Discrimination

On 11-26-19 once my Custody classification changed to 11 points making me eligible for (Camp) minimum Securedy the Warden D.K white Decided to not allow the transfer and make me do a Gatepass program which Is not B.O.P policy In order for me to transfer Every Inmate who are Low Security Inmates Transfer Close to Home or other facilities without doing a Gatepass program this program Is only designed to target Minimum Security Inmate's like Myself who Custody level dont Match with the facility custody level the Gatepass program Is a program that's designed to Allow the Warden D.K white to Collect Bonuses and Benefit funacially off of prisoner's who do not Belong In his prison of L.S.C.I Allenwood (Low) the B.O.P Never Made this program Mandatory But D.K white Made this program Mandatory Only for the Minority of Inmates who do not Belong at this prison If the Inmate Refuses this program the Inmate will Be punish, like a Incident Report which takes away previllages and Denying of Transfers to other facclity this Is a 6 month program that is not Mandatory by B.O.P policy But Inmate's still get punish Because the Warden D.K white

page 4 of 11   ② Discrimination

Cannot Collect his bonces or funds for this program.
the gate pass program declared unConstitutionally discriminatory
Because Its target Is only the Minority of Inmates who do not
Belay at the person and the program also target the entire
midwest Inmates (See prison data) for Midwest Inmates who
are eligible to Return to thoere Midwest Region prison over
100 midwest Inmates are eligible for transfer only half are
eligible to go to Minimum Securely and that half was denied
Transfer to Minimum Securely Transfer which Is called a (307)
Transfer for Lesser Securely and program needs also each Midwest
Inmate was Denied the gate pass program In order to Be punish
for Refusing the program every Inmate that Is enrolled In the
Gate pass program this Institution and the warden D.k white
receives Substantial amount of extra funding which goes Into a
general all-purpose fund. Subsequently, the Warden will pay Himself
Substantial Bonuses out of this general fund, this program was
Designed for Inmates who Is already at a Camp facility (minimum
Securely) But Since this prison Dont have a Camp the warden
D.k white fills those Gate pass Jobs by using Inmates who have
Been deemed eligible for Camp and who do not Belay In the Low
Custody facilty This Is for the Warden white to personally profit
financially under the practice of forced labor by Requiring
Inmates to either work or Be punish which Violates my 1st
Amendment Rights and target a Certain group of Inmates.

3. Retaliction/Conspiracy

on 12-4-2019 C.S.O J. Reigle and Correctional Systems
Supervisor Don Wasilko Conspired with C. Rothemel to Retaliated
against me by Delaying My Transfer by looking for false Warrants
to place a Detainer on me So that I cannot go to the Camp or
any Minimum Securely prison on 12-4-2019 mr C. Rothemel Told
J. Reigle and Don Wasilko to look for the oldest Case In my
files to delay My Transfer and Send a Request out to Chicago;
Ill police deparitment to Search for a Warrant Based on a 1987
Case when I was 13 year's old

page 4 of 11  ③ Retalition / Conspiracy

Mr. C. Rothemel J. Reigle and Don Wasilko Knows that
there isn't a 'Warrant for My Arrest for a 1987 Case
that was Dismissed when I was 13 year's old I am now 45
year's old, I have been In prison 3 times Serving long Conviction
I have been transferred from prison to prison a Warrant
and Detainer stops all transferred especially to a (Camp prison)
Before Coming to L.S.C.I Allenwood (low) I was Already at
a Minimum Seccurity prison (Thompson, Ill Federal Camp)
I have been to Several prisons starting In a U.S.P Medium,
Low, Camp I never had a detainer placed on Me and my
files stated that there are not any Warrants or Detainers placed
on Me. Mr. C. Rothemel J. Reigle and Don Wasilko are
Conspiring to Retaliate Against Me Cause I am filing my prison
Remedies Against Mr. C. Rothemel and the Warden my Mom is
Very Ill (Sick) Hospitalized I am Faraway from Home and
I am eligible to go Close to home But Because I Refused
Sexual Tasks and Have been filing Prison Grivances Against
Unit Team Manager C. Rothemel, Staff have Conspired with
C. Rothemel to Retaliate Against me which Violates my Rights
under the 1st Amendment and this Retaliton Is Constant going on
unless the Courts Intervene In the Matter.

4. Food poisoning

On 12-16-19 at 10:30 am to 11:00 Am I was Called to (Chow)
lunch from work at Unicor, the Chow hall Was Serving Beef Taco
once entering the Kitchen Several Inmates Stated that Something
Smelled Bad But Because I have Very Bad Sinus problems I
Couldn't Really Smell the Scent once I got my food tray with
only Taco Beef Meat and flour Tortuellar Shells, I Sat Down at the
table and a Inmate Sitting Next to Me Said "Man" that Beef
Smells Spoiled that's the Odor In the Kitchen, I thought he
Was Joking a Begin eating the Beef Meat, 10 minutes after I ate
the Meat My Stomach began having Cramping pains and I Instantly
had to Run to the Restroom as Soon as I Sat Down I had

page 4 of 11  (4) food poisoning

4 Diaherre which lasted for 5 minutes then I got up off the toilet and 5 minutes after I got up I head to go Back Down Again for another 10 minutes My head begin to heart and I begin to feel Dizzy and Sweatin after 10 minutes I had to Return to work once at work I Continue to go to the Rest Room every 10 minutes after I had gotten up off the toilet I also started havin chills from 11:30 to 2:30 pm I went to the Restroom 25 times Causin My Anus to become Very Sore and Swollen Makin It hard for me to clean My self once after Work I came Back to My housing Unit Used the Rest Room and Vomit about 3 times and Then Went to Bed to Cover up Because I had the Chills and My Head Was Achin and I Was Dizzy all day and night I Continue to have Diaherrea, I Used the Restroom 40 Somethin times that Day and night then on 12-17-19 I was Very Ill (Sick) but I Decided to go to work Because the Medical Service Is closed for Sick Call Inmates on Tuesday I had to Wait Until Wedsenday, But I Couldnt Wait until Wednesday Because I was Very Ill and my Co-Workers said that I Wasnt Lookin Right Which means I was lookin Very Sick So I asked My Unicor Super Visor Could He Call Medical and get Me In Health Services Because I have food poisoning the Unicor Service Super Vison Called and they Approved me to come over once Over at Medical I Was Seen by a Doctor named Stewart Ackerman. He Asked me a few Question and Stated that I had food poisoning and that I Was Dy hydrated Because of all the Vomiting and Diaherrea and I need a (I.V) which I was placed on a I.V for 1 hour. Several other Inmates also became Sick from the Beef I Reported this Incident to Food Administrator A. Canales and A.W Food Warden and they said they Will Investigate the Matter, Inmates Continues to Became Sick from Chicken and Beef and Food administrator A. Canales Continue to Serve Spoiled Chicken and Beef Because of the food poisonin I Couldnt Control My Bowels and I Diaherrea on my self Cause I Couldnt hold my Bowels I Suffered pain In my Anus and Anal, I had abdominal pain, Cramping, dizziness, chills, aches

page 4 of 11   (4) food poisoning

4. diarrhea nausea headaches also I experience Embrassment The Doctor Stewart Ackman Never Collect any Stool Sample to diagnos the Cause of Illness even though He stated It was food poisoning I was only given a I.V and nothing else happen I Couldn't eat for 1 week and I was Still Constantly Vomiting and having Diarrhea from 12-16-19 to 12-23-19 This treatment Violates my 8th Amendment rights and also Violates the Negligence claim under Pennsylvania Law which Contains (4 elements) which this prison Refused to honor, food poisoning placed my health and Life In serious Danger and Because the food Supervisor due Refusing to Change the Beef and chicken with new Beef and chicken produce every week A. Canabes not only Is and has placed my life In danger but also has placed other prisoner's life In danger which was a deliberately Indifference In prisoner health and safety. Because the Beef and chicken Isn't checked Regularly places prisoner Life In Danger even after Inmate's Complain and even when they Smell that the food Is Sporled Violates the 8th Amendment

5, Retaliation
        on 12-26-19
the Case Manager Job Is to help Inmate's with Certain Solution pertaining to Prison Including Transfer, the Case Manager Job Is to place a Inmate In for a Transfer then Refer I #, to the Unit team Manager for approval MR. Zachery AlBright Refused to place me In for transfer Because of Retaliation for filing Prison Grivances on HIS BOSS (Supervisor) MR.C. Rathermel even though a Inmate donet have a Right to Be placed In the facilty of HIS/Her choice, the Inmate Does have the Right to Request transfer to Another facilty and only Be Denied Based on B.O.P policy Not out of Retaliation for filing Prison grivances which Violates the 1st Amendment and the Due process clause Because a prisoner Do have the Right's to fair Due process when Dealing with B.O.P policy this Denial of Transfer has Caused me pain and Suffering Because of my Mom Dieing and Grandmother being Sick and I havent Seen neither Since being Incarcerated a year's Ago has Caused me pain and Suffering and It's also denying me the Right to have Communication with family Because I am over 600 flying Miles

5.) Retalation

and under the first step Act of 2018 that was signed by
President Trump and Approved by Congress the bill Allows
Inmate's to be 500 driving Miles close to family MR. Albrighte
Is Denying Me this pewilege out of Retalation for filing grievances

Page 5 of 11       Con't

VI Relief

that I had food poisoning from 12-16-19 to 12-23-19 I would also like $1.28 Cents for every hour I missed at work for 2 days and 8 hours which would be $1.28 cents for 16 hours of work missed Due to food poisoning. I would like Unit team Manager C. Rothemel to Be transfer to another Facility and I would like Dk white warden to end the gate pass and produce the financial Records for the Gate pass program and what and how the money Is Being spent I also want the Medical staff to check Inmate's stool and place them In Quantine Rooms Until the Results Come Back from Inmate Test Results after Reports of food poisoning and I would also like a permenant Restraining order placed on the entire Allen wood prison Compound So that I will not Be Retaliated against either furthen and I would like for staff not to make Sexual Advances towards Inmate to get Special privileges. I would Also like that this prison get Investigate for prisoner abruse and Misuse of Tax payer Funds. and I am Asking For $50,000 Dollars from Each Individual that Is Apart of this Law Suit and I would like to Be Teansfen to a facility Close to Home that's In my Region of the Midwest,

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: O'NEIL, DAMON | | | Reg #: 12744-030 |
| Date of Birth: 09/24/1974 | Sex: M | Race: BLACK | Facility: ALF |
| Encounter Date: 12/17/2019 12:40 | Provider: Ackerman, Stewart PA-C | | Unit: G07 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**       **Provider:** Ackerman, Stewart PA-C

**Chief Complaint:** Diarrhea

**Subjective:** 45 y/o states that he has been having minor sinus congestion and yesterday he ate some meat and another individual tried to tell him that it smelled funny. With his sinus congestion he wasn't able to smell, he ate it and started with symptoms of diarrhea and watery stool. He states that he has been having bowel movements every 15-20 min, this morning he started to have nausea this AM and has since vomited 6 times. States that starting yesterday he developed dizziness.

**Pain:** No

## ROS:

**General**

**Constitutional Symptoms**

Yes: Anorexia, Easily Tired, Fatigue

No: Weakness

**GI**

**General**

Yes: Diarrhea (Frequency/Duration?: Pt reports 40 episodes), Nausea, Vomiting

No: Constipation, Heartburn, Hematemesis, Reflux

## OBJECTIVE:

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/17/2019 | 13:18 ALX | 128 | | | Ackerman, Stewart PA-C |
| 12/17/2019 | 13:17 ALX | 98 | | | Ackerman, Stewart PA-C |
| 12/17/2019 | 13:17 ALX | 105 | | | Ackerman, Stewart PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/17/2019 | 13:18 ALX | 110/76 | | | | Ackerman, Stewart PA-C |
| 12/17/2019 | 13:17 ALX | 123/86 | | | | Ackerman, Stewart PA-C |
| 12/17/2019 | 13:17 ALX | 131/84 | | | | Ackerman, Stewart PA-C |

**Exam:**

**Abdomen**

**Auscultation**

Yes: Hyper-Active Bowel Sounds

**Palpation**

Yes: Within Normal Limits, Soft

No: Guarding, Rigidity, Tenderness on Palpation

## ROS Comments

| Inmate Name: O'NEIL, DAMON | | | Reg #: 12744-030 |
| Date of Birth: 09/24/1974 | Sex: M Race: BLACK | | Facility: ALF |
| Encounter Date: 12/17/2019 12:40 | Provider: Ackerman, Stewart PA-C | | Unit: G07 |

Orthostatic positive

Patient allergies reviewed and needed updates applied during this visit. See Chart:Allergies for most recent patient allergy list.

FALL RISK ASSESSMENT: The patient was questioned at today's encounter and denies any mobility problems and has no history of falls less than 3 months, no secondary diagnosis to suggest a fall risk, does not use an Ambulatory Aid, has normal gait/transferring, and is oriented.

## ASSESSMENT:

Diarrhea, unspecified, R197 - Current

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|-----|------------|------------|------------------|
| | Sodium Chloride Injection 0.9% Soln | 12/17/2019 12:40 | 1000ml Intravenously one time x 1 day(s) Pill Line Only |

Indication: Diarrhea, unspecified

## Disposition:

Follow-up at Sick Call as Needed

## Other:

NSS 1 Liter

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 12/17/2019 | Counseling | Plan of Care | Ackerman, Stewart | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Ackerman, Stewart PA-C on 12/17/2019 13:30

# Bureau of Prisons
# Health Services
## Vitals All

| | | | | | |
|---|---|---|---|---|---|
| **Begin Date:** | 12/02/2019 | | **End Date:** | 12/23/2019 | |
| **Reg #:** | 12744-030 | | **Inmate Name:** | O'NEIL, DAMON | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/17/2019 13:18 ALX | | 128 | | | Ackerman, Stewart PA-C |
| | **Orig Entered:** 12/17/2019 13:19 EST | | Ackerman, Stewart PA-C | | |
| 12/17/2019 13:17 ALX | | 98 | | | Ackerman, Stewart PA-C |
| | **Orig Entered:** 12/17/2019 13:19 EST | | Ackerman, Stewart PA-C | | |
| 12/17/2019 13:17 ALX | | 105 | | | Ackerman, Stewart PA-C |
| | **Orig Entered:** 12/17/2019 13:19 EST | | Ackerman, Stewart PA-C | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/17/2019 13:18 ALX | | 110/76 | | | | Ackerman, Stewart PA-C |
| | **Orig Entered:** 12/17/2019 13:19 EST | | Ackerman, Stewart PA-C | | | |
| 12/17/2019 13:17 ALX | | 123/86 | | | | Ackerman, Stewart PA-C |
| | **Orig Entered:** 12/17/2019 13:19 EST | | Ackerman, Stewart PA-C | | | |
| 12/17/2019 13:17 ALX | | 131/84 | | | | Ackerman, Stewart PA-C |
| | **Orig Entered:** 12/17/2019 13:19 EST | | Ackerman, Stewart PA-C | | | |

# Bureau of Prisons
## Health Services
## PPDs

| Reg #:   12744-030 | | Inmate Name:  O'NEIL, DAMON | | | |
|---|---|---|---|---|---|

| **Admin:** | **Location** | **Provider** | **Reading:** | **Induration** | **Provider** |
|---|---|---|---|---|---|
| 03/06/2019   09:56 | Left Forearm | Vincenzes, Kevin EMT-P | 03/08/2019   10:00 | 0 mm | Hofford, Larren RN |
| **Orig Entered:** | 03/06/2019 09:57 EST | Vincenzes, Kevin EMT-P | **Orig Entered:** | 03/08/2019 10:00 EST | Hofford, Larren RN |
| 03/06/2018   10:43 | Left Forearm | Bergmann, M RN | 03/08/2018   12:17 | 0 mm | Simcox, J RN |
| **Orig Entered:** | 03/06/2018 11:44 EST | Bergmann, M RN | **Orig Entered:** | 03/08/2018 13:17 EST | Simcox, J RN |
| 03/06/2017   08:53 | Left Forearm | Baymon-Allen, S. RN, | 03/08/2017   08:08 | 0 mm | Baymon-Allen, S. RN, IOP/IDC |
| **Orig Entered:** | 03/06/2017 09:54 EST | Baymon-Allen, S. RN, IOP/IDC | **Orig Entered:** | 03/08/2017 09:08 EST | Baymon-Allen, S. RN, IOP/IDC |
| 02/22/2016   13:49 | Left Forearm | Chase, Kelley RN IDC/IOP | 02/24/2016   13:44 | 0 mm | Chase, Kelley RN IDC/IOP |
| **Orig Entered:** | 02/22/2016 14:50 EST | Chase, Kelley RN IDC/IOP | **Orig Entered:** | 02/24/2016 14:44 EST | Chase, Kelley RN IDC/IOP |
| 03/24/2015   09:30 | Left Forearm | Jensen, Jennifer RN/IDC/IOP | 03/26/2015   13:44 | 0 mm | Jensen, Jennifer RN/IDC/IOP |
| **Orig Entered:** | 03/24/2015 12:08 EST | Jensen, Jennifer RN/IDC/IOP | **Orig Entered:** | 03/26/2015 14:44 EST | Jensen, Jennifer RN/IDC/IOP |
| 03/09/2015   16:44 | Left Forearm | Cole, Jan RN | 03/11/2015   12:45 | 0 mm | Nehls, Teresa NP |
| **Orig Entered:** | 03/09/2015 17:48 EST | Cole, Jan RN | **Orig Entered:** | 03/11/2015 14:23 EST | Nehls, Teresa NP |
| Hx of | Documented Reading Hx | | 04/14/2014   00:00 | 0 mm | Dean, Cornell RN |
| | | | **Orig Entered:** | 11/05/2014 16:03 EST | Dean, Cornell RN |
| 04/11/2014   12:27 | Left Forearm | Reimer, C. RN | 04/13/2014   17:47 | 0 mm | Socia, Kristen RN |
| **Orig Entered:** | 04/11/2014 13:28 EST | Reimer, C. RN | **Orig Entered:** | 04/13/2014 18:47 EST | Socia, Kristen RN |
| 05/14/2013   07:41 | Left Forearm | Fruge, Jacinda RN | 05/16/2013   06:31 | 0 mm | Fruge, Jacinda RN |
| **Orig Entered:** | 05/14/2013 08:42 EST | Fruge, Jacinda RN | **Orig Entered:** | 05/16/2013 07:31 EST | Fruge, Jacinda RN |
| Hx of | Documented Reading Hx | | 06/09/2012   00:00 | 0 mm | Dunbar, Maxwell RN |
| | | | Transit form | | |
| | | | **Orig Entered:** | 07/24/2012 16:57 EST | Dunbar, Maxwell RN |

**Total:**  10

Department of Justice
Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN

**Program Review: 11-21-2017**



| | | | |
|---|---|---|---|
| **Name:** | O'NEIL, DAMON | **Institution:** | THOMSON ADMIN USP |
| **Register Number:** | 12744-030 | | P.O. BOX 1001 |
| **Security/Custody:** | MINIMUM/OUT | | THOMSON, IL 61285 |
| **Projected Release:** | 02-17-2024 / GCT REL | **Telephone:** | (815) 259-1000 |
| | | **Fax:** | 815-259-0186 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 05-21-2018 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 09-07-2018 | **FBI Number:** | 313954TA7 |
| **Age/DOB/Sex:** | 43 / 09-24-1974 / M | **SSN:** | 320646182 |
| **CIM Status:** | Y | **DCDC Number:** | |
| | If yes, reconciled: Y | **INS Number:** | |
| | | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | Estelle Carson-Carr, Grandmother 78 BARRETT AVE EUGENE, OR 97404 | **Release Employer:** | *[Name]* *[Address]* |
| **Telephone:** | (773) 240-4510 | **Contact** **Telephone:** | *[POC]* |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | Pamela O'Neal, Mother 78 Barrett Ave. Eugene, OR 97404 | **Secondary Emergency Contact:** | Sheila Ennis, Fiance Dewitt, IA |
| **Telephone:** | (773) 240-4510 | **Telephone:** | *[Phone]* |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| 21:846, 841(B)(1)(B), 851 CONSPIRACY TO DISTRIBUTE AT LEAST 28 GRAMS OF COCAINE BASE (CT 1) | 180 MONTHS | 3559 PLRA SENTENCE | 8 YEARS |

**Other Current Offenses:**

NONE

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 05-10-2012 | 6 YEARS 9 MONTHS 27 DAYS / 472 / 0 | 705 / 0 / 0 | 0 / 0 / 0 | **Hearing Date:** **Hearing Type:** **Last USPC Action:** | NOT ENTERED |

**Detainers:**      N

**Special Parole Term:** NOT ENTERED
**Pending Charges:**   None known
**Cim Status:**      Y                          **Cim Reconciled:**   Y

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $100.00 | $0.00 | 3:11-cr-00017-001 | FINANC RESP-COMPLETED |

| | | |
|---|---|---|
| **Financial Plan** | **Comm Dep-6 mos:** | $789.73 |
| **Active:** N | **Commissary** | |
| **Financial Plan Date:** *[Date]* | **Balance:** | $52.85 |

**Payments**

**Commensurate:**   *[Y,N]*

ALFAN   606.00   *     MALE CUSTODY CLASSIFICATION FORM     *     11-15-2019
PAGE 001 OF 001                                            12:53:15

(A) IDENTIFYING DATA

REG NO..: 12744-030        FORM DATE: 11-15-2019     ORG: ALF
NAME....: O'NEIL, DAMON

                  MGTV: NONE  *Lesser Security*

PUB SFTY: NONE               MVED:

(B) BASE SCORING

DETAINER: (0) NONE         SEVERITY.......: (3) MODERATE
MOS REL.: 51              CRIM HIST SCORE: (08) 12 POINTS
ESCAPES.: (1) > 10 YRS MINOR    VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A           AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

(C) CUSTODY SCORING

TIME SERVED.....: (4) 26-75%     PRCG PARTICIPAT: (1) AVERAGE   2
LIVING SKILLS...: (1) AVERAGE    TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD

--- LEVEL AND CUSTODY SUMMARY ---

| BASE CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|-----------|----------|-----------|------------|----------------|---------|----------|
| +14 +18 | -2 | +12 | LOW | N/A | IN | DECREASE |
| +20 | -4 | +10 | Minimum | Minimum | Out | Decrease |

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

5100.08

Retaliation For Speaking to (AW) Warden Refused to Correct points (Sec Total) Should Read +10 (Custody) Should Read (Out) (Variance) Should Read -4 (Custody) Should Read +20 (MGTV) Should Read Lesser Security

```
   ALFAN   606.00  *      MALE CUSTODY CLASSIFICATION FORM      *      11-26-2019
PAGE 001 OF 001                                                       15:17:35
                           (A) IDENTIFYING DATA
REG NO..: 12744-030            FORM DATE: 11-25-2019        ORG: ALF
NAME....: O'NEIL, DAMON
                                        MGTV: NONE
PUB SFTY: NONE                          MVED:
                           (B) BASE SCORING
DETAINER: (0) NONE              SEVERITY.......: (3) MODERATE
MOS REL.: 50                    CRIM HIST SCORE: (08) 12 POINTS
ESCAPES.: (1) > 10 YRS MINOR    VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A               AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                           (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (1) AVERAGE   TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


               --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE   SEC TOTAL  SCORED LEV MGMT SEC LEVEL   CUSTODY  CONSIDER
+14  +19    -3         +11      MINIMUM    N/A                 IN     DECREASE

 G5149       INMATE/DESIG FACL LEVEL MISMATCHED, HAVE DSCC ADD A MGTV
 G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

NEEDS to BE fixed
STIll eligible for Transfer

TRULINCS  12744030 - O'NEIL, DAMON - Unit: ALF-G-B

---------------------------------------------------------------------------------------------

FROM: Whitney, Shannon
TO: 12744030
SUBJECT: Urgent.... Call your Granny
DATE: 10/31/2019 03:51:02 PM

I'm at work but I'm going to try right now to put money on your books. it's very urgent that you call your grandma Stella. your momma is not doing well.

RULINCS  12744030 - O'NEIL, DAMON - Unit: ALF-G-B

------------------------------------------------------------------------------------------------

FROM: Whitney, Shannon
TO: 12744030
SUBJECT: Hi
DATE: 10/23/2019 01:36:01 PM

Wanted to say hello and hope your week is going well.

You need to find a way to call and check on your momma. I'm not sure what's wrong with her but Tanisha didn't want me to tell you because she didn't want you to worry but my loyalty is with you and I know you would want to know something is wrong. I would want to know if it was my momma and would not be happy if someone kept my mom's condition from me. I asked if I could tell you and she asked me not to because she didn't want you in there worrying. I saw she posted something again today about her being sick. That's all the information I have. Shes had a few surgeries and Tanisha was asking for prayers. That's all I know. I hope me telling you don't cause an issue with Tanisha but like I said my loyalty is with you first and foremost when it comes to this. I'm sorry I have to be the one to tell you. I'm sending prayers out to your family.

I'll write again if I hear more. I hope you'll get this soon.

BP-S394.058 DETAINER ACTION LETTER   CDFRM
SEP 03
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| To:   Cook County State's Attorney<br>       69 W Washington St.<br>       Chicago, IL 60602 | Institution LSCI Allenwood<br>            Attn: Records<br>            P.O. Box 1500<br>            White Deer, PA 17887 | |
|---|---|---|
| | Date   December 4, 2019 | |
| Case/Dkt/WARRANT#           Inmate's Name<br>                              O'NEIL, DAMON | Fed Reg No.<br>12744-030 | DOB/SEX/RACE<br>09-24-1974 B/M/O |
| Aliases: O NEAL, DAMON<br>CARR, ESTELLA  (AKA), O NEAL, DAMON T  (AKA)<br>ONEAL, DAMON  (AKA), ONEAL, DAMON T  (AKA)<br>ONEAL, DAMON TIBEL  (AKA), ONEAL, DAMON TIVEL  (AKA)<br>ONEIL, DAMON  (AKA), ONEIL, DAMON T  (AKA)<br>TIVEL, X  (AKA) | Other No.<br>      FBI: 313954TA7      SID: IL32766260<br>                                    IA00921183 | |

The below checked paragraph relates to the above named inmate:

X    This office is in receipt of the following report: PER THE ABOVE INMATES'S PSI HE HAS A POSSIBLE OPEN CHARGES/WARRANTS WITH YOUR AGENCY FOR AGGRAVATED BATTERY FROM AN ARREST ON 10-26-1987.  Will you please investigate this report and advise what dispositions, if any, has been made of the cases. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer.  If you have no further interest in the subject, please forward a letter indicating so. INMATE IS SCHEDULED FOR RELEASE FROM OUR AGENCY ON 02-17-2024.

☐    A detainer has been filed against this subject in your favor charging _____ . Release is tentatively scheduled for _____ however, we will notify you no later than 60 days prior to actual release.  To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.

☐    Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐    Your detainer warrant has been removed on the basis of the attached _____ . Notify this office immediately if you do not concur with this action.

☐    Your letter dated _____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____ .

☐    I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____ . If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

The above named inmate has been transferred to LSCI Allenwood, P.O. Box 1500, White Deer, PA 17887. Your detainer request has been forwarded. To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov

Sincerely,

J. REIGLE, CSO
For
Don Wasilko
Correctional Systems Supervisor
570-547-1990, EXT 4353, 4356
FAX:570-547-0343
e-mail- jreigle@bop.gov

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - Correctional Services Department

312-353-4952

309-786-5173

312-746-6000
CHICAGO P.D.

Sensitive Limited Official Use Only

BP-S394.058 DETAINER ACTION LETTER   CDFRM
SEP 03
U.S. DEPARTMENT OF JUSTICE                                            FEDERAL BUREAU OF PRISONS

*GB-57*

| To:  Headquarters Building | | Institution LSCI Allenwood |
| ATTN: WARRANTS/RECORDS | | Attn: Records |
| 3510 South Michigan Avenue | | P.O. Box 1500 |
| Chicago, IL 60653 | | White Deer, PA 17887 |

| | | Date   December 4, 2019 |
| --- | --- | --- |
| Case/Dkt/WARRANT# | Inmate's Name<br>O'NEIL, DAMON | Fed Reg No.<br>12744-030 | DOB/SEX/RACE<br>09-24-1974 B/M/O |
| Aliases: O NEAL, DAMON<br>CARR, ESTELLA  (AKA), O NEAL, DAMON T  (AKA)<br>ONEAL, DAMON  (AKA), ONEAL, DAMON T  (AKA)<br>ONEAL, DAMON TIBEL  (AKA), ONEAL, DAMON TIVEL  (AKA)<br>ONEIL, DAMON  (AKA), ONEIL, DAMON T  (AKA)<br>TIVEL, X  (AKA) | | Other No.<br>   FBI: 313954TA7      SID: IL32766260<br>                                    IA00921183 |

The below checked paragraph relates to the above named inmate:

X      This office is in receipt of the following report: **PER THE ABOVE INMATES'S PSI HE HAS A POSSIBLE
       OPEN CHARGES/WARRANTS WITH YOUR AGENCY FOR AGGRAVATED BATTERY FROM AN ARREST ON 10-26-1987.  Will
       you please investigate this report and advise what dispositions, if any, has been made of the cases.
       If subject is wanted by your department and you wish a detainer placed, it will be necessary for
       you to forward a certified copy of your warrant to us along with a cover letter stating your desire
       to have it lodged as a detainer.  If you have no further interest in the subject, please forward
       a letter indicating so.** INMATE IS SCHEDULED FOR RELEASE FROM OUR AGENCY ON
       02-17-2024.

☐      A detainer has been filed against this subject in your favor charging _____
       . Release is tentatively scheduled for _____, however, we will notify you no later
       than 60 days prior to actual release.  To check on an inmate's location, you may call our National
       Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.

☐      Enclosed is your detainer warrant. Your detainer against the above named has been removed in
       compliance with your request.

☐      Your detainer warrant has been removed on the basis of the attached _____.
       Notify this office immediately if you do not concur with this action.

☐      Your letter dated _____ requests notification prior to the release of the above
       named prisoner. Our records have been noted. Tentative release date at this time is _____ .

☐      I am returning your _____ on the above named inmate who was committed
       to this institution on _____ to serve _____ for the offense of
       _____ . If you wish your _____ filed as a detainer, please return it to us with
       a cover letter stating your desire to have it placed as a hold or indicate you have no further
       interest in the subject.

The above named inmate has been transferred to LSCI Allenwood, P.O. Box 1500, White Deer, PA 17887. Your
detainer request has been forwarded. To check on an inmate's location, you may call our National Locator
Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov

                                                 Sincerely,

                                                 J. Reigle CSO

                                                 J. REIGLE, CSO
                                                 For
                                                 Don Wasilko
                                                 Correctional Systems Supervisor
                                                 570-547-1990, EXT 4353, 4356
                                                 FAX:570-547-0343
                                                 e-mail- jreigle@bop.gov

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section
1); Copy - Correctional Services Department

*Sensitive Limited Official Use Only*

L550-918-0L8

312 603-8600
STATE ATTORNEY

UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH KANSAS

BB 12-11-19

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: O'Neil, Damon T        12744-030    Gregg B    Allenwood (Low)
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** Because Gatepass program Is not a Mandatory program But a Discriminatory program I am Requesting a Lesser Security Transfer (307) on 12-10-19 I filed a BP9 Asking to Be transfer to a Lesser Security facility Based on B.O.P policy I was Denied Based on the Discriminating Gatepass program, I have names of several inmates who Do Not have to take the Gate pass program with Minimum Security points and have Been put In for transfer Do to the fact they are In this Region also every Low custody Inmate Does not have to take the Gate pass program when this Is a Low Security facility this Gate pass program targets only Minimum Security Inmates who Custody Level Do Not Matches this facility, also this Gate pass program target all Mid west Inmate's who are over 500 driving Miles from they place of Resident Several Inmate's have been Reviewed and Designated for transfer already who have asked or transferred at the same time I have asked for Transfer, this Gate pass program Is a forced program that targets the Minority of Inmate's with minimum security points

12-12-19    which Violates my 1st Amendment Rights   Damon Oneil  12744-030   (Cont →)
DATE                                            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____        _____
DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                 CASE NUMBER: _____

                                               CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH KANSAS

β3  12-11-19

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ONeil Damon T              12744-030      Gregg B    Marwood Low
     **LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

**Part A– INMATE REQUEST** ~~xxxxxxxxxxxxxxx~~ Mr. C Rothomel the unit team manager have been Retaliating Against me for speaking to Aide Gubiotti about my essen Security Transfer and Changing My Custody points to 10 points these change is based on B.O.P lesser Security Transfer and 12 months clear of Incident Report Mr. C Rothomel got upset with me and said that He's upset with me for going over HIS Head and He's Refusing to do My point Corrections and Refusing My transfer which B.O.P policy states that once My Custody Scale Changes to Minimum Security inmate Must Be Referred to D.S.CC for transfer to a facility that Matches his security level also Mr. C Rothomel have Searched In My P.S.I out of Retaliation to try to put a detainer or warrant on me and to stop My transfer and from me Seeing My Dieing Mom and Sick Grand mother

12-12-19                                  Damon ONeil 12744 030
   **DATE**                            **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**

 

                                                       2

_____                    _____
       **DATE**                                   **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                   CASE NUMBER: _____

                                                     CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
         **LAST NAME, FIRST, MIDDLE INITIAL**         **REG. NO.**         **UNIT**         **INSTITUTION**

Unit team Monagon Mr. C Rothemel went Into My P.S.I and find a case from 1987 thats 32 years ago that was Dismissed to prolong My transfer this case was Dismissed 32 years ago I have Been to state prison Twice and federal Once 7 years In state 11 years In state and a life sentence In the federal I have been arrested several times and If I had a Warrant from 1987 It would of have Been on My Records I have came from U.S.P Medium Low and Camp without a detainer each place had copies of My P.S.I But as soon as I ask for Transfer I get retaliated against By C. Rothemel this Retaliation Is constantly occurring and Its Violating My 1st amendment Rights, I have the Rights to speak to Anybody I want to and to file My Prison Grievances which Is also why C. Rothemel Is Retaliating Against Me and for writing the Senator of Illinois's Mr. C. Rothemel also Says to Write It up Cause He's leaving Soon Anyway and nothing will Happen to him, I would like for the Retaliation to Stop So that I can live peacefully on Gregg Unit and to Be put In for a (307) Transfer I should not Be In fear of My time and freedom Being Jeopardized out of Retalition or My paper work Being Tampered with or Altered In any shape form or fashion and I should have to be conspired with by Rothemel and His staff to Retaliated Against Me which Keeps Me Away of My Dying MOM and Sick Grandmother and Kids, Retalition by Prison Staff Is also a form of unprofessionalism at a work place I now have 11 points which should Be 16 points But Both places me In Minimum Security and out Custody

UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH KANSAS

BB   127179

**U.S. DEPARTMENT OF JUSTICE**                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ___O'Neil Damon T___  ___12744-030___  ___Gregg B___  ___Allenwood (Low)___
    LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT           INSTITUTION

**Part A– INMATE REQUEST** Because of the Black Mold In the Bathroom my throat have gotten Worse, I have Brain fog, Coughing, Shortness of Breath and Sneezing
ı 12-10-19 I Brought the Attention to Staff about the Black Mold In the Shower
ı 12-11-19 My BP-8 was Returned Stating that It was Mildew, which Is a Lie the only
ıy Black Mold Can Be tested Is By a Contractor. who Can adequately
liminate the Problem I am Requesting a Outside Contractor to test
nd eliminate the problem Not eliminating the problem places Inmate's
nd Staff In Serious Risk also Cost taxpayers hundreds of thousands of
ollars also Causes long–term health Issues, Exposure to Mold will
bsolutely have detrimental effects to Myself and Other Inmates, Because
of this problem I would like to Be transferred to Safer facility that Matches
ıy Custody level 12-12-19 Because I am a minimum security Inmate
_____ my safety and Health Is In danger ___Damon O'Neil 12744-030___
        DATE                                                   SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                    _____
        DATE                                           WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

                                                  CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

I am Requesting a transfer to the Midwest Region Any Minimum Security facility Terre Haute IN Deluth MN Marion Il these facilities Matches My Custody level, take Care of My Medical needs have the programs Needed to further My Education and also have the First step Act of 2018 Close to home transfer I am Asking for a (307) Transfer also a Cadre Transfer To M.C.C Chicago to be a Work Cadre which Is a program I am Requesting to take I am not Requesting to take the Gate pass program and B.O.P policy States that Inmates Cannot Be forced to participate In programs that are not Mandatory By B.O.P policy and Cannot Be denied Transfer Cause Inmate Refused to take a program that Is not Benefit To Him / Her, the Gatepass Is Designed for Inmates who are already at Camp like (Lewisburg) or Inmates who have never been to a Camp and Want to take the Gate pass program, the Gate pass program was not Ordered by a Court, Judge or B.O.P to take forcing Me to Work Is Slave Labor which Violates My Right forcing Me to participate In a program that I did not Request Violate's My 1st Amendment Right's and Being punish for not participating In this Program Violates My Rights which Cruel and Unusually punishment my 8th Amendment Right I Requested this Transfer from Unit team Manager C. Rothermel and was Denied I spoke with A.W Gabrielli about the Transfer which he Agreed with M.R.C Rothermel which Denied this Transfer and Refused to send My Transfer to Grandprairie also this program Is Based on not Just Discrimination toward the Midwest But Also Africa Americans there are more Africa American's Being forced to Work and participate In the Gate pass program then white Inmates this program Is UnConstitutionally Discriminatory and every Inmate should Be Given the chance to go to the Camp Instead of doing Gatepass, the Gatepass program Should Be by choice not force and It should not Be a Discriminatory program targeting only one group of Inmate's

O'neil 12744-030

January 1, 2009
Attachment 1

## FEDERAL CORRECTIONAL COMPLEX
## Allenwood, Pennsylvania

### ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
### INFORMAL RESOLUTION FORM

NOTE TO INMATE:  You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229(13)], you must ordinarily attempt to informally resolve your complaint through your Correctional Counselor. Briefly state **ONE** complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: _____R.T._____ (Initials of Correctional Counselor)
Date Issued To The Inmate: __12/16/19_____

INMATE'S COMMENTS:

1. Complaint: I Request to See My P.S.I from Case Manager Albright and Halle been Refused out of Conspracy to Retaliate with Unit Team Manager Rothermel this Retalition is because I told my Prison Grivance unit have written the Setliadon and Attorney General on Rothermel (B.O.P Policy Says I Can

2. Efforts you have made to informally resolve: Asked Case Manager Albright 2 times already and have been put on hold and Denied

3. Names of staff you contacted: Case Manager Albright

Date Returned to Correctional Counselor: __12-17-19_____

Damon O'neil          Damon O'neil          12744-030        12-17-19
Print Inmate Name     Inmate's Signature    Reg. Number      Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted:_____
_____
_____

Date BP-9 Issued:_____      _____
                                    Correctional Counselor

                                    _____
                                    Unit Manager (Date)

Distribution:  If complaint is **NOT** informally resolved – Forward original attached to BP-9 Form to the Administrative Remedy Clerk.

review copy of my Central file when Requested, This Request was made on 12-10-19 Retaliation Violates My 1st Amendment Rights and 8th Amendment Rights cruel and unusual punishment Not showing me my P.S.I and central files Is Delaying My Transfer showing My P.S.I in any Incorrect Information In My P.S.I

January 1, 2009
Attachment 1

## FEDERAL CORRECTIONAL COMPLEX
## Allenwood, Pennsylvania

### ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
### INFORMAL RESOLUTION FORM

NOTE TO INMATE:  You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229(13)], you must ordinarily attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: _PB_ (Initials of Correctional Counselor)
Date Issued To The Inmate: _12-17-19_

INMATE'S COMMENTS:

1. Complaint: On 12-16-19 at 10:40AM I went to dietary and ate the beef taco Meal which was spoiled Because of the spoil Beef Meal I Got food poison which affect me as soon as possible which cause me diahrrea, stomach pain, and Vomiting (Cont=)

2. Efforts you have made to informally resolve: Made the food Supervison (Cont=) and AW Warden over the Dietary aware

3. Names of staff you contacted: Union Supervizer, White, and Health Services

Date Returned to Correctional Counselor: _12-18-19_

Damon O'Neil            Damon O'Neil            12744-030    12-18-19
Print Inmate Name       Inmate's Signature      Reg. Number      Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted:_____
_____
_____

Date BP-9 Issued:_____        _____
                                      Correctional Counselor

                                      _____
                                      Unit Manager (Date)

Distribution:  If complaint is NOT informally resolved – Forward original attached to BP-9 Form to the Administrative Remedy Clerk.

cruel, and Dehydration, due to food poisoning I had diarrhea, being very bad which caused pain to the anus area which cause discomfort, also because I had to go to a bathroom over 40 times In 2 days I got even sicker from Dehydration went to the doctor on 12-17-19 and the doctor stated that It was Indeed food poisoning that other Inmates also became sick from the Beef and the Chicken also had very bad odor In the Chicken Bread Rice I had to be put on a I.T.V for Hours Because of this food poisoning now my stomach Is In Constant pain and I Can't eat anything Because of the vomiting this Is not the first time that the food Smell Bad, Jeopardizing the life of the Inmates which violates the 8th Amendment cruel and unusual punishment and unConditional living Inmates have the Right to be protect from cruel punishment the dietary and Supervisor knew that this meat was Bad, By the Bad odor In the kitchen and they Served the food anyway causing emotional, physical and mental harm, I am Requesting that I Be transfer to a Facility with Better living Conditions and more Sanitized Dietary  I Request that Beef, chicken products Be thrown In the trash and Be Replaced with both Beef and chicken products, I also Request $10,000 for pain and suffering, emotional Damages and physical Damages

January 1, 2009
Attachment 1

# FEDERAL CORRECTIONAL COMPLEX
## Allenwood, Pennsylvania

### ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
### INFORMAL RESOLUTION FORM

<u>NOTE TO INMATE</u>:  You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229(13)], you must ordinarily attempt to informally resolve your complaint through your Correctional Counselor. Briefly state **ONE** complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: ____R.T.____ (Initials of Correctional Counselor)
Date Issued To The Inmate: ____12-13-19____

<u>INMATE'S COMMENTS</u>:

1.  Complaint: J. Reigle and Don Wasilko Conspired to Retaliate Against Me with Unit Team C. Rothemel to put a Detainer and Warrant on me based on a 3d year old Change that was Dismissed when I was 13 years old this Retaliation is based on stopping my lesser security Transfer and because Rothemel is upset with me

2.  Efforts you have made to informally resolve: Asked C. Rothemel to (cont >) Be put in the lesser Security Transfer and Spoke with Records

3.  Names of staff you contacted: C. Rothemel, A/W Gugnotti, Records staff and Warden

Date Returned to Correctional Counselor: ____12-17-19____

____Damon O'Neil____        ____Damon O'Neil____     ____12744-030____   ____12-13-19____
Print Inmate Name          Inmate's Signature        Reg. Number          Date

<u>CORRECTIONAL COUNSELOR'S COMMENTS</u>:

1. Efforts made to informally resolve and staff contacted:_____
_____
_____
_____

Date BP-9 Issued:_____          _____
                                        Correctional Counselor

                                        _____
                                        Unit Manager (Date)

<u>Distribution</u>:  If complaint is <u>NOT</u> informally resolved – Forward original attached to BP-9 Form to the Administrative Remedy Clerk.

Because I have filed Several BP's Told the Secretary of State's and the Attorney General and the A.W and Warden about his behavior. This Retaliation Violates my 1st Amendment Rights and 8th Amendment Rights cruel and unusual punishment. Because C. Rathmel knows my mother Is very Sick and my Grandmother Is also my Year-Release Resident the Records Staff and Supervisor are Conspiring To place a Detainer on me with false Information. The Records Office and C. Rathmel knows that this 1989 Charge Is dismissed. I have never had a detainer placed on me. I came from the U.S.P Medium, Low and Camp and I have been In State prison Twice. and have been arrested Several Times Since the Age of 13. this Retaliation Is prolonging my Lesser Security transfer and Violates my Rights to Be protected from cruel and Unusual Punishment and Retaltion for filing My Prison Grievances this treatment Is Causing Pain and Suffering, Stress, Depression, and Fear of Health and freedom

FEDERAL CORRECTIONAL COMPLEX
Allenwood, Pennsylvania

ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
INFORMAL RESOLUTION FORM

NOTE TO INMATE: You are advised that prior to receiving and filing a Request
for Administrative Remedy Form BP-9 [BP-229(13)], you must ordinarily attempt
to informally resolve your complaint through your Correctional Counselor.
Briefly state ONE complaint below and list what efforts you have made to
resolve your complaint informally and state the names of staff contacted.

Issued By: _KB_ (Initials of Correctional Counselor)
Date Issued To The Inmate: _12-10-19_

INMATE'S COMMENTS:

Complaint: Gate pass program Is a Discriminating program I am being
Discriminating Against Because I am part of a group of Inmates who cannot
be Transfer Unless I do a Discrimination program Several Inmates with Jail points have
applied for transfer close to home and have been Approved and did it need to do the gate pass
Efforts you have made to informally resolve: Asked for Transfer (Cont→
to Minimum Security for Lesser Security (30T) Transfer

Names of staff you contacted: Unit team Manyger Rothemel
and A.W Baziolite and Warden D R White

Date Returned to Correctional Counselor: _12-10-19_

Damien O'Neil          Damien O'Neil          12744-030    12-10-19
Print Inmate Name      Inmate's Signature     Reg. Number  Date

CORRECTIONAL COUNSELOR'S COMMENTS:

Efforts made to informally resolve and staff contacted:_____
_____
_____
_____

Date BP-9 Issued:_____
                                    _____
                                    Correctional Counselor

                                    _____
                                    Unit Manager (Date)

Distribution: If complaint is NOT informally resolved - Forward original
attached to BP-9 Form to the Administrative Remedy Clerk.

This program Violate's My 1st Amendment Rights and It discri
Against a Certain group of people who do not Suppose to be In
low facility all white Inmate's and low Inmate's doesn't have to
Gatepass only Midwest Inmate's and Inmate's with Minimum Securit
this program Target's the Minority of Inmate's who Is (Mismatched
In there Security level) and who do not Belong In a Low facili
which Is also a Security Risk which Jeopardize My Safety and
freedom and Violate's my 1st Amendment Rights this Gate Pass progra
only Benefit's the Warden the Gatepass program
Policy program Created by B.O.P this Program Is Not a
to Force Inmate's to Work at a Job thset He doesn't
Want to Work at and It doesn't prepare you for a Camp
Because Majority of Inmate's who go on Gatepass Have Already
Been at Camps and It doesn't teaches any Job Skills because
Majority of the Inmate's Including Myself already have Job's
Working at the prison I am In the Unicor program
One of the Top program's In the B.O.P which teaches
you a Job Skill and trade and Allows you to Be able
o Save Money and Cause less Stress from your family
he Gatepass program Is Created to Benefit the Warden
nd the prison and It places Inmate's Safety and
reedom In Jeopardy Because It's Applies only to Minimum
ecurity Inmate's who do not Belong In a low Security
ility and who do not Want to do this program the
te pass program Is being Forced upon Inmate's and
you Refuse this program Reach Is not Mandatory by
.O.P policy you Get punish and Retaliated Against for
- (example Denying of Transfer close to Home)

# FEDERAL CORRECTIONAL COMPLEX
# Allenwood, Pennsylvania

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

NOTE TO INMATE:  You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229(13)], you must ordinarily attempt to informally resolve your complaint through your Correctional Counselor. Briefly state __ONE__ complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: __RB__ (Initials of Correctional Counselor)

Date Issued To The Inmate: __12-10-19__

INMATE'S COMMENTS:

Complaint: MR. Unit team Rothearel Is Retaliating Against Me Because I am a Minimum Security Inmate and Because I Spoke with MR. Rothemel Superavisor the A.W Gargialliti about changing my points He stated that He was Upset Because I went Over His Head So He Refused to change my

Efforts you have made to informally resolve: talked to him and his Superavisor A.W Gugiotti Askeed (Cont→) them Both For Transfer Based on a lesser Security transfer (307)

Names of staff you contacted: A.W Gugiotti

Date Returned to Correctional Counselor: __12-10-19__

| Damon O'neil | Damon O'neil | 12-744-030 | 12-10-19 |
|---|---|---|---|
| Print Inmate Name | Inmate's Signature | Reg. Number | Date |

CORRECTIONAL COUNSELOR'S COMMENTS:

Efforts made to informally resolve and staff contacted:_____

_____

_____

Date BP-9 Issued:_____      _____
                                      Correctional Counselor

                                      _____
                                      Unit Manager (Date)

Distribution:  If complaint is __NOT__ informally resolved - Forward original attached to BP-9 Form to the Administrative Remedy Clerk.

Custody Classification (Box) Because Points Is 110 points minimum Security Level (Out) Custody also MR. Rothemel IS Trying to put a detainer on me by Searching my P.S.I for Cases and charges that have been dismissed already. MR. Rothemel Is doing this out of Retaliation for talking to his Supervisors and for writing my Prison grievances and other things this Retaliation Violates my 1st Amendment Rights I should feel Safe when filing my Prison Grievances when Staff Is performing unProfessional also A.W Gugiotti His Agreeing with the Unit Team Manager and Is Allowing the Retaliation to go on MR. Rothemel Is doing this Because He (Stat's that He's leaving Anyway) So wrote It up 1st Since MR. Rothemel Knows that I'm trying to Transfer because My Mom and Grandmother Is Very Sick He's stopping me from Having Contact with family threw Visits and Is putting Border on my family and this Retaliation Is going on Because I have Reported this place and Him to My Senators MR. Durbin and other Senator's Have Called and Requested transfer or Halfway House Based on B.O.P policy I am eligible for a lesser Security transfer. and B.O.P policy Does Not state that you have to participate In any Type of program to Get a (30%) transfer. Retaliation Is Very High Here at Allenwood (Low) and Inmate's Including Myself 1st Amendment Right's are Violated when Inmates follow protocol and get Retaliated against Because of Staff unProfessional performance this Retaliation only happen to Inmate's who do not get Into trouble or HFS out of their Region, (Child Molester, Chomo's, transgender, and Informants) do not get Retaliate against they Get Benefits like transfers and other Special Treatments from Unit Team Manager Rothemel and HFS Supervisor's (A.W)

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Case Manager Cassel | DATE: 11-09-19 |
|---|---|
| FROM: Damon O'Neil | REGISTER NO.: 12744-030 |
| WORK ASSIGNMENT: UNICOR | UNIT: Gregg B57 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request. I would like to be put in for transfer to a minimum
Camp facility Near Chicago, Ill This Transfer Is based on a Lesser
Security transfer (Code 308) My Custody points Charged on 11-7-19
based on a Incident Report that cleared up on 11-07-19 this
Transfer Is based on program policy 5100.08 Custody Classification
form Instruction (See Attachment) Custody Classification will ordinarily
occur every 12 months at a regularly Scheduled program Review only change
which Increase or Decrease the overall Security level assignment of
the Inmate I.e, FRP Refuse, Incident Reports, New Sentence, Sentence
Reduction etc, Should Be Scored outside of the 12 month cycle.
Transfer to Terri Haute, Oxford (Do not write below this line) or Duluth, MN

DISPOSITION:

In accordance with Program Statement 5100.08, your custody classification
score is 12 points, commensurate with a Low security facility.
Your case will continue to be reviewed.

| Signature Staff Member | Date 11/15/19 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                                        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

(Warden Said Speak to you)

TO: (Name and Title of Staff Member)
Unit Team C. Rothemel

DATE: 11-22-19

FROM: Damon O'Neil

REGISTER NO.: 12744-030

WORK ASSIGNMENT: UNICOR

UNIT: Gregg 57B

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.  I am Requesting a Lesser Security Transfer and
also I am Requesting that My Custody classification points
Be fixed. My points should Read 16 points Instead of 14 points
My living skills points suppose to Be 2 at Good not 1 at
average the only time my Living skills should Be 1 Is If I have
a Incidens Report also My Custody level Should Be (Out) Custody
with a (lesser Security) MGTN. I am asking for a Code (3058)
Transfer Based on 5100.08 program policy Institution
classification Transfer I am Requesting a Transfer to Duluth, MN, or Terre
(Warden Said Speak to you) (Do not write below this line) Haute, IN

DISPOSITION:

Your case is being reviewed. If deemed appropriate, you will
be referred for Gate Pass consideration.

Signature Staff Member

Date 12/3/19

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

BP-A0148
JUNE 10
**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Unit Team Rothearel | DATE: 12-9-19 |
|---|---|
| FROM: Damon O'Neil | REGISTER NO.: 12744-030 |
| WORK ASSIGNMENT: UNICOR | UNIT: Gregg B-51 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I would like to Be put In for the Weak Cadre Program at MCC Chicago I am Elgible for the program thank you

(Do not write below this line)

DISPOSITION:

Noted

| Signature Staff Member | Date 12/10/19 |
|---|---|

Record Copy - File; Copy - Inmate

PDF        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



FOREVER USA
PURPLE HEART
PURPLE HEART
FOREVER USA
PURPLE HEART
FOREVER USA

Damon Tuel O'Neil 12744-030
L.S.C.I. Allenwood Low
P.O. Box 1000
White Deer, PA 17887



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 2280 0000 7072 5662



U.S. POSTAGE PAID
PM 2-Day
WHITE DEER, PA
17887
JAN 13, 20
AMOUNT
$0.00
R2305K138972-03

18501

1006



PRIORITY MAIL
★ ★ ★

TRACKED
★ ★ ★
INSURED

UNITED STATES
POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

RECEIVED
SCRANTON

JAN 1 6 2020

◇12744-030◇
William J Nealon Fed lBuilding
u.s Courthouse
PO BOX 1148
Scranton, PA 18501
United States